**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGWU HUANG AND YING LEI, | CV 23-3143 PA (ASx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES; ALEJANDRO MAYORKAS, SECRETARY OF THE DEPT. OF HOMELAND SECURITY; L. FRANCIS CISSNA, DIRECTOR OF USCIS AND DOES 1 THROUGH 10, | |
| Defendants. | |

Pursuant to the Court's May 5, 2023 Minute Order, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: May 5, 2023

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE